UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARYURI ARAQUE-MARQUEZ,

Petitioner,

v.

KEVIN RAYCRAFT et al.,

Respondents.

Case No. 1:26-cv-2383

Honorable Paul L. Maloney

**ORDER**

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan, initiated this action by filing a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) In an order entered on August 21, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 3.) Respondents filed their response on August 26, 2026, (ECF No. 4), and Petitioner filed her reply on August 27, 2026, (Reply, ECF No. 5).

In Petitioner's § 2241 petition, Petitioner challenges the lawfulness of her current detention and asks the Court to, *inter alia*, issue a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ordering Respondents to release Petitioner. (Pet., ECF No. 1, PageID.8.) In her reply, Petitioner asks the Court to order Respondents to release Petitioner "or in the alternative, provide her with a bond hearing under § 1226(a) within five days and for any other relief the Court finds necessary." (Reply, ECF No. 5, PageID.45.)

In their response, Respondents indicate that Petitioner was scheduled for a bond redetermination hearing on September 2, 2026. (Resp., ECF No. 4, PageID.3; Notice, ECF No. 4-5. PageID.43.) The parties have not informed this Court of the outcome of this hearing.

Accordingly,

**IT IS ORDERED** that within two business days, Respondents shall submit a written response setting forth the outcome of the September 2, 2026, custody redetermination hearing. As applicable, Respondents shall include a copy of the Immigration Judge's order for the September 2, 2026, custody redetermination hearing as an exhibit. No further briefing will be permitted at this time.

Dated: September 18, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge